| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar#122664<br>Federal Defender |
| 2 | PEGGY SASSO, Bar # #228906<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226 |
| 4 | Telephone: 559-487-5561 |
| 5 | Attorneys for Defendant<br>ADRIAN LAMADRID |

FILED
JAN 22 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADRIAN LUIS LAMADRID,

    Defendant.

Case No. 1:17-mj-00032-BAM-1

**DEFENDANT'S MOTION TO EXONERATE CASH BOND; [PROPOSED] ORDER**

Judge: Hon. Barbara A. McAuliffe

Defendant LaMadrid was arrested in the Eastern District of California on a warrant from the District of Oregon on February 24, 2017. This Court released him on conditions that included a $5,000 cash bond with instructions to appear in the District of Oregon, case 3:17-cr-00066-HZ-05, on March 15, 2017. Exhibit A (Conditions of Release, Eastern District of California). Pursuant to the Court's order setting the conditions of release, Mr. LaMadrid's family posted $5,000 (receipt #CAE100035029). *Id.*

Mr. LaMadrid appeared in the District of Oregon as ordered, and on that date was ordered released on pretrial supervision with no requirement of bail. Exhibit B (Conditions of Release, District of Oregon). Since no conditions of the bond remain to be satisfied, Mr. Lamadrid requests that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, and the $5,000 posted be ordered returned to his family.

Motion to Exonerate Bond; [PROPOSED] ORDER    -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 19, 2018

/s/ *Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ADRIAN LAMADRID

# ORDER

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond, receipt number CAE100035029 in the amount of $5,000.00 to Carmen Lamadrid posted on February 28, 2017 in the above-captioned case and return the posted cash to Ms. Carmen LaMadrid.

DATED: January 22, 2018

BARBARA A. MCAULIFFE
United States Magistrate Judge